```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                             Case No. 18-01931-RNO
James Andrew Dekmar, Sr.                                           Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh            Page 1 of 1            Date Rcvd: May 08, 2018
                              Form ID: 309A            Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
db             +James Andrew Dekmar, Sr.,   1711 Johns Road,   Effort, PA 18330-2011
tr             +John J Martin (Trustee),   Law Offices of John J Martin,   1022 Court Street,
                 Honesdale, PA 18431-1925
5058592        +Allentown Anes Assoc,   1245 South Cedar Crest Blvd,   Allentown, PA 18103-6258
5058594        +Beth-Ann Dekmar,   324 E. Paoli St.,   Allentown, PA 18103-5228
5058595        +Carrington Mortgage Services,   PO Box 3489,   Anaheim, CA 92803-3489
5058598        +Lehigh Valley Health Network,   PO Box 781733,   Philadelphia, PA 19178-1733
5058600        +Lehigh Valley Physician Group,   PO Box 1754,   Allentown, PA 18105-1754
5058603        +Mary Beth Fragola,   283A Elmwood Ave,   Maplewood, NJ 07040-1948
5058606        +PPL Electric Utilities,   PO Box 9001845,   Louisville, KY 40290-1845
5058604        +Penn Credit,   916 South 14th St,   Harrisburg, PA 17104-3425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jrapa@rapalegal.com May 08 2018 19:23:35     Jason M Rapa,   Rapa Law Office, PC,
                 141 South 1st Street,   Lehighton, PA  18235
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV May 08 2018 19:24:09     United States Trustee,
                 228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
5058596        +EDI: CHASE.COM May 08 2018 23:13:00      Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
5058597        +E-mail/Text: ctcdupecust@cornwelltools.com May 08 2018 19:23:57     Cornwell Quality Tools,
                 667 Seville Rd,   Wadsworth, OH 44281-1077
5058602         E-mail/Text: camanagement@mtb.com May 08 2018 19:23:59     M&T Bank,   PO Box 900,
                 Millsboro, DE 19966
5058609        +EDI: RMSC.COM May 08 2018 23:13:00      SYNCB/Amazon,   PO Box 965015,   Orlando, FL 32896-5015
5058607        +EDI: SEARS.COM May 08 2018 23:13:00      Sears/CBNA,   PO Box 6282,   Sioux Falls, SD 57117-6282
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5058593*       +Allentown Anes Assoc,   1245 South Cedar Crest Blvd,   Allentown, PA 18103-6258
5058599*       +Lehigh Valley Health Network,   PO Box 781733,   Philadelphia, PA 19178-1733
5058601*       +Lehigh Valley Physician Group,   PO Box 1754,   Allentown, PA 18105-1754
5058605*       +Penn Credit,   916 South 14th St,   Harrisburg, PA 17104-3425
5058608*       +Sears/CBNA,   PO Box 6282,   Sioux Falls, SD 57117-6282
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
              Jason M Rapa    on behalf of Debtor 1 James Andrew Dekmar, Sr. jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **James Andrew Dekmar Sr.** | Social Security number or ITIN   xxx–xx–8713 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | Date case filed for chapter **7   May 7, 2018** |
| Case number:   **5:18–bk–01931–RNO** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | James Andrew Dekmar Sr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1711 Johns Road<br>Effort, PA 18330 | |
| 4. | **Debtor's attorney**<br>Name and address | Jason M Rapa<br>Rapa Law Office, PC<br>141 South 1st Street<br>Lehighton, PA 18235 | Contact phone 610 377–7730<br><br>Email: jrapa@rapalegal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John J Martin (Trustee)<br>Law Offices of John J Martin<br>1022 Court Street<br>Honesdale, PA 18431 | Contact phone 570 253–6899<br><br>Email: pa36@ecfcbis.com |

**For more information, see page 2**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court  274 Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes–Barre, PA 18701 | Hours open Monday – Friday 9:00 AM to 4:00 PM  Contact phone (570) 831–2500  Date: May 8, 2018 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 6, 2018 at 10:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** Valid photo identification and proof of social security number are required *** | Location:  **Council Chambers, 2nd Floor, Borough Municipal Building, 700 Sarah Street, Stroudsburg, PA 18360** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: August 5, 2018** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

Case 5:18-bk-01931-RNO    Doc 10    Filed 05/10/18    Entered 05/11/18 00:47:43    Desc
Imaged Certificate of Notice    Page 3 of 3