Certificate Number: 15317-PAM-DE-031156589

Bankruptcy Case Number: 18-01931

15317-PAM-DE-031156589

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2018, at 8:21 o'clock AM PDT, James A Dekmar Sr. completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 9, 2018                By:    /s/Jerry Fajardo

                                  Name:  Jerry Fajardo

                                  Title: Counselor