```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                       Case No. 18-01931-RNO
James Andrew Dekmar, Sr.                                     Chapter 7
         Debtor                   CERTIFICATE OF NOTICE
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: admin              Page 1 of 1              Date Rcvd: Aug 10, 2018
                              Form ID: 318             Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.

```
db            +James Andrew Dekmar, Sr.,    1711 Johns Road,    Effort, PA 18330-2011
5058592       +Allentown Anes Assoc,    1245 South Cedar Crest Blvd,    Allentown, PA 18103-6258
5058594       +Beth-Ann Dekmar,    324 E. Paoli St.,    Allentown, PA 18103-5228
5058595       +Carrington Mortgage Services,    PO Box 3489,    Anaheim, CA 92803-3489
5058598       +Lehigh Valley Health Network,    PO Box 781733,    Philadelphia, PA 19178-1733
5058600       +Lehigh Valley Physician Group,    PO Box 1754,    Allentown, PA 18105-1754
5058603       +Mary Beth Fragola,    283A Elmwood Ave,    Maplewood, NJ 07040-1948
5058606       +PPL Electric Utilities,    PO Box 9001845,    Louisville, KY 40290-1845
5058604      #+Penn Credit,    916 South 14th St,    Harrisburg, PA 17104-3425
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5058596       +EDI: CHASE.COM Aug 10 2018 22:53:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
5058597       +E-mail/Text: ctcdupecust@cornwelltools.com Aug 10 2018 18:51:53      Cornwell Quality Tools,
                667 Seville Rd,    Wadsworth, OH 44281-1077
5058602        E-mail/Text: camanagement@mtb.com Aug 10 2018 18:51:54      M&T Bank,    PO Box 900,
                Millsboro, DE 19966
5059104       +EDI: PRA.COM Aug 10 2018 22:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
5058609       +EDI: RMSC.COM Aug 10 2018 22:53:00      SYNCB/Amazon,    PO Box 965015,    Orlando, FL 32896-5015
5058607       +EDI: SEARS.COM Aug 10 2018 22:53:00      Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
                                                                                              TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5058593*      +Allentown Anes Assoc,    1245 South Cedar Crest Blvd,    Allentown, PA 18103-6258
5058599*      +Lehigh Valley Health Network,    PO Box 781733,    Philadelphia, PA 19178-1733
5058601*      +Lehigh Valley Physician Group,    PO Box 1754,    Allentown, PA 18105-1754
5058605*      +Penn Credit,    916 South 14th St,    Harrisburg, PA 17104-3425
5058608*      +Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
                                                                               TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:

```
              James   Warmbrodt     on behalf of Creditor    THE BANK OF NEW YORK MELLON et all..
               bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor 1 James Andrew Dekmar, Sr.  jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              John J Martin (Trustee)    pa36@ecfcbis.com,    trusteemartin@martin-law.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4
```

| | | |
|---|---|---|
| Debtor 1 | **James Andrew Dekmar Sr.** | Social Security number or ITIN  xxx–xx–8713 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **5:18–bk–01931–RNO**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James Andrew Dekmar Sr.

**By the court:**

August 10, 2018

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**